IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| QUINCY B. JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-289-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On April 26, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, Petitioner's 28 U.S.C. § 2255 petition is DENIED as a second or successive petition, and this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 28th day of May, 2019.

                                            /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE